AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Mary Brown as Administratrix
Of the Estate of Darrell Terrell Brown,
Deceased, for and Behalf of All Heirs at Law
And Wrongful Death Beneficiaries
Of Darrell Terrell Brown, Deceased

*Plaintiff(s)*

v.

Yazoo County, Mississippi; et al

*Defendant(s)*

Civil Action No. 3:24-cv-00663-CWR-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yazoo County, Mississippi
Chancery Clerk of Yazoo County, Mississippi
Quint Carver, Clerk
211 East Broadway Street
Yazoo City, MS 39194

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bob Waller
Waller & Waller
P O Box 4
Jackson, MS 39205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/23/2024

C. Louisville

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Mary Brown as Administratrix Of the Estate of Darrell Terrell Brown, Deceased, for and Behalf of All Heirs at Law And Wrongful Death Beneficiaries Of Darrell Terrell Brown, Deceased<br>*Plaintiff(s)*<br>v.<br>Yazoo County, Mississippi; et al<br>*Defendant(s)* | Civil Action No. 3:24-cv-00663-CWR-ASH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sherrif Jeremy McCoy, Sr.
Sheriff of Yazoo County, Mississippi
211 East Broadway Street
Yazoo City, MS 39194
or
Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bob Waller
Waller & Waller
P O Box 4
Jackson, MS 39205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Mary Brown as Administratrix
Of the Estate of Darrell Terrell Brown,
Deceased, for and Behalf of All Heirs at Law
And Wrongful Death Beneficiaries
Of Darrell Terrell Brown, Deceased

*Plaintiff(s)*

v.

Yazoo County, Mississippi; et al

*Defendant(s)*

Civil Action No. 3:24-cv-00663-CWR-ASH

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Gary Edwards
Warden at Yazoo County Correctional Facility
154 Roosevelt Hudson Dr.
Yazoo City, MS 39193
or
Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bob Waller
Waller & Waller
P O Box 4
Jackson, MS 39205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 10/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Mary Brown as Administratrix
Of the Estate of Darrell Terrell Brown,
Deceased, for and Behalf of All Heirs at Law
And Wrongful Death Beneficiaries
Of Darrell Terrell Brown, Deceased

*Plaintiff(s)*

v.

Yazoo County, Mississippi; et al

*Defendant(s)*

Civil Action No. 3:24-cv-00663-CWR-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pafford EMS of Mississippi, Inc.
c/o Registered Agent
Joe S. Deaton, II
229 Katherine Drive
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bob Waller
Waller & Waller
P O Box 4
Jackson, MS 39205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Mary Brown as Administratrix
Of the Estate of Darrell Terrell Brown,
Deceased, for and Behalf of All Heirs at Law
And Wrongful Death Beneficiaries
Of Darrell Terrell Brown, Deceased

*Plaintiff(s)*

v.

Yazoo County, Mississippi; et al

*Defendant(s)*

Civil Action No. 3:24-cv-00663-CWR-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oak Haven Apartments
c/o Manager
743 Shady Drive
Yazoo City, MS 39194

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bob Waller
Waller & Waller
P O Box 4
Jackson, MS 39205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/23/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Mary Brown as Administratrix
Of the Estate of Darrell Terrell Brown,
Deceased, for and Behalf of All Heirs at Law
And Wrongful Death Beneficiaries
Of Darrell Terrell Brown, Deceased

*Plaintiff(s)*

v.

Yazoo County, Mississippi; et al

*Defendant(s)*

Civil Action No. 3:24-cv-00663-CWR-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leroy Thompson
743 Shady Dr
Yazoo City, MS 39194
or
725 Streamline Dr., Apt C16
Yazoo City, MS 39194
or
Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bob Waller
Waller & Waller
P O Box 4
Jackson, MS 39205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/23/2024

*Signature of Clerk or Deputy Clerk*