# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MARY BROWN**, as Administratrix of the Estate of Darrell Terrell Brown, deceased, for and on behalf of all heirs at law and wrongful death beneficiaries of Darrell Terrell Brown, deceased,

*Plaintiff*,

v.

**YAZOO COUNTY, MISSISSIPPI, et al.,**

*Defendants*.

Cause No. 3:24-CV-663-CWR-ASH

## ORDER

Before the Court is a motion for judgment on the pleadings filed by the Mississippi Department of Corrections. Docket No. 13. MDOC argues that Ms. Brown fails to state any factual allegations against it, and any potential claims are barred by sovereign immunity. Ms. Brown concedes that MDOC's motion is appropriate. Docket No. 16.

Given the parties' agreement, the Court grants MDOC's motion. The stay of discovery is lifted, and the parties are instructed to contact the Magistrate Judge's chambers within 10 days to schedule a telephonic case management conference.

**SO ORDERED**, this the 17th day of January, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE